# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH, : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:15-CV-0596-WBH |
| : | |
| NATIONSTAR MORTGAGE, LLC, : | |
| et al., : | |
| Defendants. : | |

## ORDER

Once Plaintiff filed his notice of appeal, this Court no longer had jurisdiction to consider Plaintiff's motion for reconsideration. Accordingly, the motion, [Doc. 6], is **DENIED**.

Having reviewed the record, this Court cannot discern any reasonable basis for an appeal, and leave to proceed *in forma pauperis*, [Doc. 8], is **DENIED**.

**IT IS SO ORDERED,** this 29th day of April, 2015.

_____
WILLIS B. HUNT, JR.
Judge, U. S. District Court

AO 72A
(Rev.8/82)