CASE #15-11383-E

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



KEN JOSEPH

Plaintiff-Appellant,

v.

McCALLA RAYMER, LLC;
NATIONSTAR MORTGAGE, LLC; AND
ALBERTELLI LAW

Defendant-Appellees,

On Appeal from the United States District Court
For the Northern District of Georgia
Atlanta Division

## MOTION TO REPLY OUT OF TIME -APPELLANT KEN JOSEPH

*Pro-se*
Ken Joseph
(443) 831-8884
Sem252525@aol.com

# CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 25.1-1, Appellant certify to the best of his knowledge that this is a list of the trial judge(s) and all attorneys, persons, association of persons, firm's partnerships, or corporations that have an interest in the outcome of this case on appeal. It includes subsidiaries, conglomerates, affiliates and parent corporations, and also publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

| | |
|---|---|
| Ken Joseph, *Pro Se*, Appellant/ Ken | as named Appellant; |
| Judge Willis B. Hunt, Jr | as District Court Judge; |
| Nationstar Mortgage, LLC | as Defendant; |
| McCalla Raymer, LLC | as Defendant; |
| Albertelli Law, | as Defendant; |

Appellant- Appellant ("Appellant"), proceeding *Pro-Se*, hereby files APPELLANT'S MOTION TO REPLY OUT OF TIME. As good cause for this Motion, Appellant shows this Court as follows:

1.  Appellant request that the court grant an additional time to file responses.

2.  Appellant is a *pro-se* and do not have a staff to help research case laws.

3.  Appellant is not an attorney and did not study law and therefore need the additional time to properly respond to each Defendant(s)' motions.

4.  Appellant needs an additional time in order to properly respond to Defendant(s) because Appellant, who is proceeding *Pro-Se*, is not capable of crafting a response within the time prescribed in the Federal Rule of Appellate Procedure and Eleventh Circuit Rule in that the Appellant skills are limited.

6.  Appellant who is proceeding *Pro-Se*, is not a trained attorney and therefore lacks the skills in order to frame such a response within the prescribed limited time.

7.  The Federal Rule of Appellate Procedure and Eleventh Circuit Rule were created in order to manage litigation. Said rules, however, were intended to provide a reasonable time frame in which a trained professional, by the virtue of his or her training, was actually (humanly) capable of crafting.

8.  Appellant anticipates that he needs the additional time in which to respond to the Defendant(s)' Reply brief.

    WHEREFORE, based upon the foregoing, Appellant, proceeding *Pro-se,* hereby requests that this Court Grant APPELLANT'S MOTION TO

REPLY OUT OF TIME and Grant an extension of time in which to respond to the herein stated Defendant(s)' REPLY BRIEF and such other and further relief as is deemed appropriate by this Court.

Respectfully submitted this 13th day of January, 2016.

_____
Ken Joseph

## CERTIFICATE OF SERVICE

I, Ken Joseph, hereby certify that on the 13th day of January 2016, a true and correct copy of the foregoing Motion mailed to all parties as listed below.

The Law office
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA
30076

Nationstar mortgage c/o
The Law office
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA
30076

ALBERTELLI LAW
100 Galleria Parkway
Suite 960
Atlanta, GA 30339

Dated: January 13, 2016

_____                    _1-13-16_
Ken Joseph                                  date signed