# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 15-11383
_____

District Court Docket No.
1:15-cv-00596-WBH

KEN JOSEPH,

                    Plaintiff - Appellant,

versus

NATIONSTAR MORTGAGE, LLC,
MCCALLA RAYMER, LLC,
ALBERTELLI LAW,

                    Defendants - Appellees.
_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 28, 2016
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 06/01/2016**